UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cv-22484-ALTONAGA/O'SULLIVAN

ALAN L. FRANK LAW,
    Plaintiff,

v.

OOO RM INVEST, VARWOOD HOLDINGS, LTD., TCAHAI HAIRULLAEVICH KATCAEV, SASHA SCHMDT, SERGEY PIROZHNIKOV,
    Defendants.
_____/

**ORDER**

    THIS MATTER is before the Court on the Motion to Determine Representation of RM Invest (DE# 65, 6/30/16).  Local Rule 7.1(a)(1) provides that, except in certain inapplicable cases, "[e]very motion when filed shall incorporate a memorandum of law citing supporting authorities". S.D. Fla. L.R. 7.1(a)(1).  The Motion to Determine Representation of RM Invest (DE# 65, 6/30/16) fails to comply with this rule.  In accordance with the foregoing rule and for the reasons stated on the record during the hearing held before the undersigned on August 18, 2016, it is

    ORDERED AND ADJUDGED the Motion to Determine Representation of RM Invest (DE# 65, 6/30/16) is STRICKEN. If the document is re-filed, it shall comply with the Local Rules.

    DONE AND ORDERED, in Chambers, at Miami, Florida this 18th day of August, 2016.

                                                                                       _____
                                                                                       JOHN J. O'SULLIVAN
                                                                                       UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Altonaga
All counsel of record