UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cv-22484-ALTONAGA/O'SULLIVAN

ALAN L. FRANK LAW,
    Plaintiff,

v.

OOO RM INVEST, VARWOOD HOLDINGS,
LTD., TCAHAI HAIRULLAEVICH
KATCAEV, SASHA SCHMDT, SERGEY
PIROZHNIKOV,
    Defendants.
_____/

### ORDER

THIS MATTER is before the Court on the Majority Owners of RM Invest's Motion to Disqualify the Behar Law Firm (DE # 113, 9/19/16). Local Rule 7.1(a)(1) provides that, except in certain inapplicable cases, "[e]very motion when filed shall incorporate a memorandum of law citing supporting authorities". S.D. Fla. L.R. 7.1(a)(1). The Majority Owners of RM Invest's Motion to Disqualify the Behar Law Firm (DE # 113, 9/19/16) fails to comply with this rule. In accordance with the foregoing rule and for the reasons stated on the record during the hearing held before the undersigned on September 22, 2016, it is

ORDERED AND ADJUDGED that the Majority Owners of RM Invest's Motion to Disqualify the Behar Law Firm (DE # 113, 9/19/16) is STRICKEN. If the document is re-filed, it shall comply with the Local Rules.

DONE AND ORDERED, in Chambers, at Miami, Florida this 22nd day of September, 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Altonaga
All counsel of record